[No. 39599-1-II. Division Two. January 11, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN WAYNE GRAY, *Appellant*.

 *Affirmed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall and Van Deren, JJ.

[No. 39603-3-II. Division Two. January 11, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH LESLIE SULLIVAN III, *Appellant*.

 *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Worswick, A.C.J., concurred in by Armstrong and Van Deren, JJ.

[No. 39644-1-II. Division Two. January 11, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL O. RIEKEN, *Appellant*.

 *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Quinn-Brintnall, J., and Bridgewater, J. Pro Tem.

[No. 39665-3-II. Division Two. January 11, 2011.]

KRISTI BLOWERS, *Appellant*, v. MICHAEL A. DUNN ET AL., *Respondents*.

 *Reversed* and *remanded* by unpublished opinion per Hunt, J., concurred in by Armstrong and Van Deren, JJ.